**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**PASSPORT OR OTHER NON-CASH COLLATERAL RECEIPT #C966**

**FILED**

NOV 15 2024

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

### Receipt of Passport or Other Non-Cash Collateral (Section 1)

Name: Lamont Hankins

Address:

Case Number: 1:24cr391

Passport Number: 564 124 347

Country of Origin: USA

Expiration Date: February 23, 2027

Date Rec'd: 11/15/2024

Description of Property Other than Passport:

Signature of Individual Surrendering Passport/Other

Clerk's Signature

Print Name: Lamont Hankins Jr

**Original of Receipt Provided to Defendant or Individual**
☐ **Surrendering Passport or Other Non-Cash Collateral**

### Return of Passport or Other Non-Cash Collateral (Section 2)

Date Returned:

Rec'd by:

Rec'd from:

Purpose Returned:

Address (If Mailed):

Signature of Individual Retrieving Passport/Other

Clerk's Signature

Print Name